UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Mariano GARCIA-Barrera, Defendant. | Mag. Case No. '08 MJ 8140 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1324 (a)(1)(A)(ii) Illegal Transportation of Aliens |

The undersigned complainant, being duly sworn, states:

On or about February 14, 2008, within the Southern District of California, defendant Mariano GARCIA-Barrera with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Constantino Escamilla-Ortiz, Antonio VALENZUELA-Gonzalez, and Guillermo MATA-Valles had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Marco A. Miranda
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 15th DAY OF FEBRUARY 2008.

PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Mariano GARCIA-Barrera

STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending agents, S. Carter, A. Mills, M. Hernandez, and S. Templin that on February 14, 2008, the defendant, Mariano GARCIA-Barrera an illegal alien, was apprehended in Calexico, California, as the driver of a tan 2000 Dodge Intrepid, as he smuggled five (5) undocumented aliens from Mexico, in violation of law.

On February 14, 2008, at approximately 6:55 a.m., while conducting surveillance near the Calexico, California East Port of Entry. Agent Carter observed several suspected illegal aliens running north. Agent Carter notified other agents and continued surveillance on the suspected illegal aliens. The group continued north until arriving to a chain link fence and laying down on the ground. One of the subjects stood up and ran back south into Mexico. Several minutes later, the group of suspected illegal aliens climbed over the chain link fence and waited beside the southbound lanes of the Port of Entry. A maroon Dodge Intrepid, traveling on the southbound lanes stopped near the group. Agent Carter observed the group board the Intrepid. The driver, later identified as Mariano GARCIA-Barrera, made a u-turn and began traveling northbound from the Port of Entry. Agent Carter informed agents of his observations and the direction of travel of the Intrepid.

Agent Carter followed GARCIA northbound on Menvielle Road. GARCIA turned eastbound on Highway 98. Agent Carter followed GARCIA eastbound on Highway 98 towards Highway 7. As GARCIA passed the intersection of Highway 98 and Highway 7, Agent Hernandez followed GARCIA.

Agent Hernandez continued following GARCIA eastbound on Highway 98. GARCIA turned northbound on Keffer Road. Agent Hernandez activated his service vehicle's emergency equipment consisting of lights and siren. GARCIA failed to yield and continued driving northbound on Keffer Road. Agent Mills, who was positioned on Keffer Road approximately one mile north of Highway 98, successfully deployed the Controlled Tire Deflation Device.

GARCIA continued traveling northbound for approximately one hundred yards and attempted to make a sharp right turn onto a field road. GARCIA lost control of the vehicle and rolled over into an open agricultural field.

Agents approached the Dodge Intrepid and observed five individuals lying on the ground surrounding the Intrepid. Agent Carter approached the driver's side door and saw Maiano GARCIA-Barrera, still seated behind the steering wheel.

At the hospital, Agent Templin identified himself as a United States Border Patrol Agent to each of the five suspected illegal aliens. Agent Templin questioned all of the five subjects regarding their citizenship. All five subjects claimed to be citizens of Mexico illegally in the United States. Agent Templin placed all five subjects under arrest. Agent Carter identified himself as a United States Border Patrol Agent to GARCIA and questioned him as to his citizenship. GARCIA claimed to be a citizen of Mexico illegally in the United States. Agent Carter placed GARCIA under arrest for Alien Smuggling.

At the station, Agent Hernandez advised Mariano GARCIA-Barrera of his Miranda rights in the Spanish language.

Material Witnesses, Constantino ESCAMILLA-Ortiz, Antonio VALENZUELA-Gonzalez, and Guillermo MATA-Valles stated they are citizens of Mexico illegally in the United States. Constantino ESCAMILLA-Ortiz, Antonio VALENZUELA-Gonzalez, and Guillermo MATA-Valles, stated they crossed the United States/Mexico International border illegally by using a foot guide, who guided them across the border and led them to a fence into the United States, where they were picked up by a car. Constantino ESCAMILLA-Ortiz, Antonio VALENZUELA-Gonzalez, and Guillermo MATA-Valles, were shown a six pack photo line up and positively identified Mariano GARCIA-Barrera as the driver of the vehicle.

The complainant states that the names of the Material Witnesses are as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Constantino ESCAMILLA-Ortiz, | Mexico |
| Antonio VALENZUELA-Gonzalez, | Mexico |
| Guillermo MATA-Valles | Mexico |

Further, complainant states that Constantino ESCAMILLA-Ortiz, Antonio VALENZUELA-Gonzalez, and Guillermo MATA-Valles, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.